# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

In re:

Michael D. Vick,

            Debtor.

Case No. 08-50775-FJS
Chapter 11

## APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

        Pursuant to Section 1102 of Title 11, United States Code, the following persons, having indicated a willingness to serve, are appointed to a committee of unsecured creditors in this case:

1.                Richard Rozenboom
                         1st Source Bank
                         P. O. Box 1602
                         South Bend, IN 46634

2.                Rich McKay
                         Atlanta Falcons
                         440 Falcon Parkway
                         Flowery Branch, GA 30542

                              Represented by:        Sarah Borders, Esquire
                                                    King & Spaulding
                                                      1180 Peachtree St., NW
                                                     Atlanta, GA 30309

Debera F. Conlon, Esquire   VSB No. 20837
Cecelia Ann Weschler, Esquire, VSB No. 28245
Kenneth N. Whitehurst, III, Esquire, VSB No. 40819
Office of the United States Trustee
Room 625 Federal Building
Norfolk, VA  23510
(757) 441-6012

3.                    Andrew Joel
Joel Enterprises, Inc.
19 Roslyn Hill Drive
Richmond, VA 23229

                    Represented by:        Benjamin Ackerly, Equire
Hunton & Williams
951 E. Byrd Street
Richmond, VA 23219

4.                    Rick Radtke
Radtke Sports, Inc.
4733 Canton Road
Marietta, Georgia 30066

                    Represented by:        Darrell Kimbrell, Esquire
Kimbrell & Burgar, LLC
Suite 2120
75 Fourteenth Street, NE
Atlanta, GA 30309

5.     Committee Chairman Luke O'Brien
Royal Bank of Canada
77 King Street West, 3rd Floor
Toronto, Ontario, Canada M5W 1P9

                    Represented by:        Peter G. Zemanian, Esquire
Zemanian Law Group
600 Town Point Center
150 Boush Street
Norfolk, VA 23510

6.                    David Maynard
Wachovia Bank
301 South College Street, Suite 4000
Charlotte, NC 28288

                    Represented by:        John Vian, Esquire
Smith Gambrell & Russell
1230 Peachtree St., Ste. 3100
Atlanta, GA 30309-3592

W. Clarkson McDow, Jr.
United States Trustee
Region Four

Dated   July 16, 2008         By: /s/ Debera F. Conlon
                                             Debera F. Conlon
                                             Assistant U. S. Trustee