IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

In re:

MICHAEL D. VICK,  ) Case No. 08-50775-FJS
) Chapter 11
Debtor.  )
)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $  * |
| Prior to the filing of this statement I have received | $ 305,000.00 |
| Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

    X Debtor          ☐ Other (*Specify*)

3. The source of compensation to be paid to me is:

    X Debtor          ☐ Other (*Specify*)

4. I have not agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

---

\* To be billed hourly

    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    Advising the Debtor of his powers and duties in the continued operation of Debtor's financial affairs and management of Debtor's property;

    f.    Preparing, on behalf of the Debtor, all necessary pleadings, answers, orders, reports, plans, settlements, and other legal papers;

    g.    Prosecuting all such proceedings in this case, including without limitation, prosecuting adversary proceedings to recover assets of the estate;

    h.    Representing the Debtor in connection with pending matters concerning the National Football League and any pending and/or future criminal matters; and

    i.    Performing all other legal services for the Debtor which may become necessary during the pendency of the Bankruptcy Case.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services: Objecting to the claim(s) of Wachovia, N.A., consistent with that certain letter dated July 15, 2008.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_July 22, 2008_  
Date

_[signature]_  
Signature of Attorney

Crowell & Moring LLP  
*Name of Law Firm*