# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| | ) | Case No. 08-50775 (FJS) |
| MICHAEL D. VICK, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## SCHEDULES OF ASSETS AND LIABILITIES,
## SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND
## SCHEDULE OF CURRENT INCOME AND CURRENT EXPENDITURES

Michael D. Vick (the "Debtor") hereby submits his Schedules of Assets and Liabilities, Schedule of Executory Contracts and Unexpired Leases, and Schedule of Current Income and Current Expenditures (collectively, the "Schedules") pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007.

The Debtor has used his best efforts to compile the information contained in the Schedules, based on his books and records and the assistance of third parties in gathering documents and information.

The Schedules remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial or other data contained in the Schedules. The Debtor reserves the right to amend the Schedules from time to time as may be necessary or appropriate.

### Declaration

I, Michael D. Vick, declare under penalty of perjury that I have reviewed the Schedules and that they are true and correct to the extent currently possible to the best of my knowledge, information belief. My attorneys are continuing to receive documents and conduct discovery and I will supplement and amend the schedules if appropriate.

Dated: August ___, 2008

_____
Michael D. Vick

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:  Michael D. Vick _____   Case No.:  08-50775(FJS)

## NOTES TO SCHEDULES

The following notes are incorporated by reference in, and comprise an integral part of,

the Schedules, and should be referred to in connection with any review of the Schedules.

1.  Description of the Cases.  On July 7, 2008, Michael D. Vick (the "Debtor") filed a
voluntary petition in this Court under Chapter 11 of the Bankruptcy Code.  The Debtor is
currently incarcerated in Leavenworth, Kansas.  His financial affairs were being managed by
David Talbot at the time of filing the petition.

2.  Accuracy.  Although every effort has been made to file complete and accurate
Schedules, inadvertent errors or omissions may exist.  The Debtor (i) reserves the right to amend
the Schedules, as necessary or appropriate, and (ii) will need to amend the Schedules because
one or more of the Debtor's former financial advisers are in possession of the Debtor's relevant
financial documents and information.  In addition to the potential inadvertent omissions, there
are a number of items where the Debtor does not have sufficient information or documentation to
accurately respond to the inquiry.  The Debtor is diligently seeking to obtain that documentation
and information and, upon receipt, will update the Schedules accordingly.

3.  Signature.  The Schedules and Statement of Financial Affairs ("SOFA") have been
signed by Michael D. Vick.  In reviewing and signing the Schedules and SOFA, Mr. Vick has
necessarily relied upon the efforts, statements and representations of his advisors.  Mr. Vick has
been incarcerated in Leavenworth, Kansas since 2007.  Thus, he has not (and could not have)
personally verified the accuracy of each such statement and representation, or the accuracy of the
information provided in the Schedules and SOFA.

4.  Basis of Presentation.  The Schedules are based on information – both documentary
and anecdotal – obtained from David Talbot and the review of certain of the Debtor's financial
information produced to date.  Given the uncertainty surrounding the collection and ownership of
certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor may
show more assets than liabilities, this is not an admission that the Debtor was solvent at the
Petition Date or at any time prior to the Petition Date.  Likewise, to the extent that the Debtor
may show more liabilities than assets, this is not an admission that the Debtor was insolvent at
the Petition Date or any time prior to the Petition Date.

5.  Reporting Date.  The Schedules have been prepared as of the close of business on
July 7, 2008.  However, in many instances, the Debtor does not have actual data as of July 7,
2008.  In those situations, the Debtor used the best information that was available.  The Debtor
will be updating the Schedules as more information becomes available.

6.  Book Value.  Unless otherwise noted (i) each asset and liability is shown on the basis
of the book value of the asset or liability in the Debtor's books and records and (ii) the carrying

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re:  **Michael D. Vick**                                **Case No.:  08-50775(FJS)**

value on the Debtor's books (including the value of investments in other entities), rather than the current market values, of the Debtor's interests in property is reflected on the Schedules.

        7. <u>Disputed, Contingent and/or Unliquidated Claims</u>. Certain claims listed in the Schedules may be designated as contingent, unliquidated and/or disputed. A failure to designate a claim on the Schedules as contingent, unliquidated and/or disputed does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets and defenses to, any claim reflected on the Schedules as to nature, amount, liability or status.

        8. <u>Schedule-Specific Notes</u>. Each Schedule contains explanatory or qualifying notes that pertain to the information provided in the Schedules (except for Schedule E). Those schedule-specific notes are incorporated herein by reference.

        9. <u>Notes Control</u>. In the event that the Schedules differ from any of the foregoing Notes, the Notes shall control.

        10. <u>Valuation</u>. Throughout the Schedules, any amount listed as "unknown" indicates that the Debtor is continuing to investigate the value of such asset or liability. As stated above, upon receipt of the relevant information, the Debtor will promptly amend the Schedules accordingly.

        11. <u>Causes of Action</u>. The Debtor, despite reasonable efforts, may not have identified and/or set forth all of his causes of action against third parties as assets in his Schedules and SOFA. The Debtor reserves all of his rights with respect to any causes of action he may have and neither these General Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

        12. <u>Summary of Schedules</u>. The liability amounts on the summary page include amounts associated with contingent, unliquidated, or disputed claims. Thus, actual liability may exceed the amounts stated herein.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:  Michael D. Vick                                                          Case No.:  08-50775(FJS)

## SCHEDULE A: REAL PROPERTY

### NOTE TO SCHEDULE A

**THE AGGREGATE AMOUNT OF SECURED CLAIMS ON SCHEDULE A INCLUDES A NUMBER OF JUDGMENTS FILED WITHIN NINETY (90) DAYS OF THE BANKRUPTCY PETITION. ACCORDINGLY, IT IS SUBMITTED THAT SUCH AMOUNTS OWED WILL BE AVOIDED AS PREFERENTIAL TRANSFERS AND WILL THEREAFTER BE TREATED AS UNSECURED CLAIMS IN THE BANKRUPTCY CASE.**

### FOOTNOTES TO SCHEDULE A

| Number | Comments |
|---|---|
| 1 | In addition to the properties listed on Schedule A, there are several other properties that are owned by businesses in which the Debtor has an interest.  These properties are not owned by the Debtor, individually, and thus are not listed in Schedule A.  The addresses of these properties are as follows:<br>2956 Union Grove World Road, Conyers, GA 30012 (owned by Seven Charms Farm, LLC and Arthur Washington)<br>232 Wentworth Court, Suffolk, VA 23435 (owned by MDV Family Limited Partnership) |
| 2 | The secured claims asserted against the Debtor's property located at 21 Haywagon Trail, Hampton, VA 23669, include the following liens and judgments:<br>1.   Mortgage, in favor of Bank of America, N.A. in the amount of $400,000.00, dated 1/19/05, recorded 1/24/05 as Document No. 050001697.<br>2.   Abstract of Judgment in the amount of $3,980,066.00 filed by Joel Enterprises Inc. against Michael Vick, judgment dated 4/4/08, recorded on 4/18/08.<br>3.   Consent Judgment in the amount of $461,486.04 filed by 1st Source Bank against Divine Seven, LLC and CT, jointly and severally; judgment dated 4/30/08, recorded on 5/6/08.<br>4.   Judgment in the amount of $2,421,170.90 filed by Royal Bank of Canada against Michael Dwayne Vick; judgment dated 5/7/08, recorded on 5/14/08.<br>5.   Notice of Federal Tax Lien in the amount of $370,689.79 filed by Department of Treasury – Internal Revenue Service against Michael Vick, dated 5/1/08, recorded on 5/16/08, at Book 08, Page 1982.  The IRS has filed this claim in the amount of $409,182.21. |
| 3 | The secured claims asserted against the Debtor's property located at 2927 Darlington Road, Duluth, GA 30097, include the following liens and judgments:<br>1.   Mortgage in favor of Bank of America, N.A. in the amount of $2,850,000.00, dated 4/29/05, recorded 5/9/05, at Book 42673, Page 59.<br>2.   Writ of Fieri Facias in the amount of $4,500,412.14 filed by Joel Enterprises Inc. against Michael Vick, judgment date 4/4/08, recorded on 5/13/08 at Book 2366, Page 20.<br>3.   Writ of Fieri Facias in the amount of $4,644.96 filed by Joel Enterprises Inc. against Michael Vick, dated 4/4/08, recorded on 5/13/08 at Book 2366, Page 21<br>4.   Notice of Lien in the amount of $5,100.00 filed by United States Attorney against Michael Vick, judgment date 12/10/07, recorded on 1/15/08 at Book 2259, Page 20<br>5.   Notice of Federal Tax Lien in the amount of $370,689.79 filed by IRS against Michael Vick, dated 5/1/08, recorded on 5/14/08 at Book 2366, Page 120.  The IRS has filed this claim in the amount of $409,182.21.<br>6.   Writ of Execution in the amount of $1,117,908.85 entered by United States District Court in the Northern District of Georgia against Michael Vick, dated 6/5/08, recorded on 6/10/08 at Book 2388, Page 30.<br>7.   Writ of Fieri Facias in the amount of $461,486 filed by 1st Source Bank, against Michael Vick and Devine Seven LLC, judgment date 5/5/08, recorded on 7/9/08 at Book 2406, |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

In re:  Michael D. Vick                                   Case No.:  08-50775(FJS)

| Number | Comments |
|--------|----------|
| | Page 265. |
| 4 | The secured claims asserted against the Debtor's property located at 3720 W. Carlas Hope Road, Williamsburg, VA 23185, include the following liens and judgments: <br> 1. Mortgage in favor of Bank of America, N.A. in the amount of $359,650.00, dated 5/12/05, recorded 5/17/05. <br> 2. Abstract of Judgment in the amount of $3,980,066.00 filed by Joel Enterprises, Inc. against Michael D. Vick, judgment dated 4/4/08, docketed 4/8/08, as Instrument No. 080005693. <br> 3. Notice of Filing of Foreign Judgment in the amount of $461,486.04, filed by 1st Source Bank against Divine Seven, LLC and Michael Vick, jointly and severally, judgment dated 4/30/08, judgment filed on 5/5/08, recorded 5/5/08, Instrument No. 080652. |
| 5 | The secured claims asserted against the Debtor's property located at 5108 W. Creek Ct., Suffolk, VA 23435, include the following liens and judgments: <br> 1. Mortgage in favor of Bank of America, N.A., in the amount of $691,172.95, dated 5/7/04, recorded 5/25/04, as Document No. 040009669. <br> 2. Abstract of Judgment in the amount of $3,980,066.00 filed by Joel Enterprises, Inc. against Michael Vick, judgment date filed 4/4/08, judgment docketed at Instrument No. 080005893 on 4/8/08, recorded on 4/18/08. <br> 3. Notice of Filing of Foreign Judgment in the amount of $461,486.04 filed by 1st Source Bank against Michael Vick judgment dated 5/5/08, date of filing 5/6/08, recorded 6/6/08. <br> 4. Judgment in the amount of $2,421,170.90 filed by Royal Bank of Canada against Michael Vick, judgment date 5/7/08, recorded on 5/12/08. <br> 5. Notice of Federal Tax Lien in the amount of $370,689.79, filed by Department of the Treasury - IRS against Michael Vick, dated 5/1/08, recorded 5/12/08, as Instrument No. 20080512100027820.  The IRS has filed this claim in the amount of $409,182.21. |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:  Michael D. Vick                                    Case No.:  08-50775(FJS)

## SCHEDULE B – PERSONAL PROPERTY

### SCHEDULE B NOTES

IT WOULD BE PROHIBITIVELY EXPENSIVE AND UNDULY BURDENSOME TO OBTAIN CURRENT
MARKET VALUATIONS OF THE DEBTOR'S PROPERTY INTERESTS.  ACCORDINGLY, CURRENT
BOOK VALUES AS OF JULY 7, 2008, OF THE DEBTOR'S INTERESTS IN PROPERTIES, WHICH
MAY NOT EQUATE TO CURRENT MARKET VALUES, ARE REFLECTED ON THE DEBTOR'S
SCHEDULES WITH THE EXCEPTION OF CASH ON HAND AND BANK BALANCES WHICH ARE
ACTUAL BALANCES AS OF JULY 7, 2008 OR THE NEAREST POSSIBLE DATE FOR WHICH THE
DEBTOR HAS RECORDS.  AS SET FORTH ABOVE IN THE GENERAL NOTES, ONE OR MORE OF
DEBTOR'S PRE-PETITION ADVISORS ARE IN POSSESSION AND CONTROL OF THE DEBTOR'S
RECORDS AND FINANCIAL INFORMATION.

FOR THE BANK ACCOUNTS LISTED IN ITEM NO. 2 WHICH HAVE A CURRENT VALUE OF "0.00,"
THE DEBTOR DOES NOT HAVE IN HIS POSSESSION DOCUMENTATION SHOWING THAT THERE
IS MONEY IN THE ACCOUNTS.  THE ACCOUNTS ARE LISTED BECAUSE THE DEBTOR DOES
NOT POSSESS ANY INFORMATION THAT THE ACCOUNTS HAVE BEEN CLOSED.

FOR THE ITEMS OF PERSONAL PROPERTY WHICH LIST A CURRENT VALUE OF "UNKNOWN,"
THE DEBTOR, THROUGH HIS ADVISORS ARE DILIGENTLY WORKING TO DETERMINE THE
VALUE AND WILL AMEND THE SCHEDULES ACCORDINGLY AS THE INFORMATION BECOMES
AVAILABLE.

### FOOTNOTES TO SCHEDULE B

| Number | Comments |
|---|---|
| 1 | With respect to the TowneBank Checking Account listed in Item 2, with a balance of $4,111.73, Joel Enterprises, Inc. seized these funds and the funds were deposited with the Circuit Court of Richmond County, VA pursuant to Joel Enterprises' post-judgment collection efforts.  However, the funds are being returned post-petition to the Debtor. |
| 2 | With respect to the AXA Life Insurance Policy No. 155204351 listed in Item 9, upon information and belief, the value is based on cash surrender value for life insurance policy as of March 3, 2008. |
| 3 | With respect to the John Hancock Life Insurance Policy No. 7154243 listed in Item 9, upon information and belief, the value is based on cash surrender value for life insurance policy as of March 3, 2008. |
| 4 | With respect to the Lincoln Life Insurance Policy No. 4836167 listed in Item 9, upon information and belief, the value is based on cash surrender value for life insurance policy as of March 3, 2008. |
| 5 | With respect to the Pacific Life Insurance Policy No. VP6524760 listed in Item 9, upon information and belief, the value is based on cash surrender value for life insurance policy as of March 3, 2008. |
| 6 | Upon information and belief, the Debtor's ownership interest and capital contributions to the business entities listed in Item 13 are accurate as of September 2007. |
| 7 | With respect to the Promissory Notes listed in Item 15, because the Promissory Notes by Commonwealth Ventures, LLC have not yet matured, the Debtor does not know the current market value of the Notes, and thus the value is listed as "unknown."  The Promissory Notes by Atlantic Wine & Packaging / Camp Creek, LLC, and The Tasting Room / Camp Creek, LLC, are payable on demand.  Therefore, the current value is estimated at the principal amount of the Promissory Note because the Debtor may declare the Promissory Notes due and payable at any date. |
| 8 | With respect to Item 16, upon information and belief, Radtke Sports, Inc. owes the Debtor approximately $500,000 pursuant to a merchandising agreement. |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

**In re:  Michael D. Vick**                                **Case No.:  08-50775(FJS)**

| Number | Comments |
|---|---|
| 9 | With respect to Item 25, the Debtor co-owned a Bentley with MV7, LLC.  In addition, MV7, LLC also owned a Bentley in its own name.  Upon information and belief, in 2007, one of these cars was sold.  It is unclear whether the Bentley listed in the Schedule was the car that was sold.  Upon determination of the Debtor's property interest in this vehicle, item 25 will be amended accordingly. |
| 10 | Upon information and belief, with respect to Item 26, there are two other boats in which the Debtor may have an interest, known as Bass Tracker and Edgewater, which are in Charles W. Reamon, Jr.'s name. |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

__In re:  Michael D. Vick__                                          __Case No.:  08-50775(FJS)__

## SCHEDULE C: PROPERTY CLAIMED AS EXEMPT

### SCHEDULE C NOTE

THE DEBTOR HAS SPECIFIED THE RELEVANT VIRGINIA STATUTE RELATING TO EXEMPTIONS CLAIMED ON THIS SCHEDULE.  HOWEVER, WITH RESPECT TO THE EXEMPTIONS CLAIMED ON THE CHARLES SCHWAB SEP-IRA ACCOUNT OF MICHAEL VICK, ACCOUNT NO. 8098-4067 AND ON THE CHARLES SCHWAB ACCOUNT OF MV7 DBPP (THE "DEFINED BENEFIT PENSION PLAN"), THE DEBTOR HAS SPECIFIED THE RELEVANT FEDERAL STATUTE, BECAUSE PURSUANT TO VIRGINIA STATUTORY LAW, VIRGINIA DEFERS TO THE FEDERAL EXEMPTION REGARDING RETIREMENT ACCOUNTS.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:  Michael D. Vick                                    Case No.:  08-50775(FJS)

## SCHEDULE D: CREDITORS HOLDING SECURED CLAIMS

### SCHEDULE D NOTES

THE DEBTOR RESERVES THE RIGHT TO DISPUTE THE AMOUNTS OF THE SECURED CLAIMS
ASSERTED BY THE ENTITIES ON SCHEDULE D.

THE DEBTOR WILL SEEK TO AVOID THE JUDGMENT LIENS THAT CREDITORS OBTAINED
WITHIN THE 90 DAYS PRIOR TO THE PETITION DATE.  AS A RESULT, THE DEBTOR BELIEVES
THAT THE HOLDERS OF THE JUDGMENT LIENS SHOULD BE TREATED AS HOLDERS OF
GENERAL UNSECURED CLAIMS.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:  Michael D. Vick _____ Case No.:  08-50775(FJS)

## SCHEDULE F: CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### SCHEDULE F NOTES

IN SCHEDULE F, THERE ARE NUMEROUS UNSECURED NONPRIORITY CLAIMS WITH
UNKNOWN CLAIM AMOUNTS.  THESE VALUES ARE UNKNOWN BECAUSE THE DEBTOR IS NOT
IN POSSESSION OF THE DOCUMENTATION RELATING TO SUCH CLAIMS.  UPON
INFORMATION AND BELIEF, ONE OR MORE OF THE DEBTOR'S FORMER ADVISORS POSSESSES
THE DEBTOR'S DOCUMENTATION RELATING TO THOSE CLAIMS.  THE DEBTOR IS
DILIGENTLY SEEKING SUCH INFORMATION AND, UPON RECEIPT, WILL AMEND THIS
SCHEDULE ACCORDINGLY.

### SCHEDULE F FOOTNOTES

| Number | Comments |
| --- | --- |
| 1 | The maternity expense was provided by David Talbot, who obtained this information from discussions with Ms. Frink about monthly costs. |
| 2 | The National Football League (the "NFL") and the National Football League Council have appealed a district court decision denying the Atlanta Falcons the right to recover roster bonus monies paid to the Debtor.  In the event that the NFL wins on appeal, the amount of the Atlanta Falcons' claim could increase. |
| 3 | The claim of Radtke Sports, Inc. is disputed and subject to setoff. |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:  Michael D. Vick                                         Case No.:  08-50775(FJS)

## SCHEDULE G: EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### SCHEDULE G NOTES

OMISSION OF A CONTRACT OR AGREEMENT FROM THIS SCHEDULE DOES NOT CONSTITUTE AN ADMISSION THAT SUCH OMITTED CONTRACT OR AGREEMENT IS NOT AN EXECUTORY CONTRACT OR UNEXPIRED LEASE.  THE DEBTOR'S RIGHTS UNDER THE BANKRUPTCY CODE WITH RESPECT TO ANY SUCH OMITTED CONTRACTS OR AGREEMENTS ARE NOT IMPAIRED BY THE OMISSION.  THIS SCHEDULE MAY BE AMENDED AT ANY TIME TO ADD ANY OMITTED CONTRACT OR AGREEMENT.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:  Michael D. Vick                                             Case No.:  08-50775(FJS)

# SCHEDULE H: CODEBTORS

### SCHEDULE H NOTES

IN ADDITION TO THE ITEMS LISTED ON SCHEDULE H, THE DEBTOR IS A CO-BORROWER IN
CONNECTION WITH A LOAN FROM OLD POINT BANK SECURED BY A PROPERTY OWNED BY
CHARLES W. REAMON, JR.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

In re:  Michael D. Vick                                    Case No.:  08-50775(FJS)

### SCHEDULE I: CURRENT INCOME OF INDIVIDUAL DEBTOR

### SCHEDULE I NOTES

THE DEBTOR IS NOT CURRENTLY EMPLOYED (EXCEPT FOR EMPLOYMENT IN PRISON FOR WAGES OF 12 CENTS PER HOUR).  DURING JUNE 2008, THE DEBTOR RECEIVED INTEREST AND DIVIDENDS IN THE AMOUNT OF $277.69 FROM HIS DEFINED BENEFIT PENSION PLAN ACCOUNT WITH CHARLES SCHWAB, WHICH IS BEING CLAIMED AS AN EXEMPT ASSET AND LISTED ON SCHEDULE C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:  Michael D. Vick _____   Case No.:  08-50775(FJS)

## SCHEDULE J: CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

### SCHEDULE J NOTES

THE DEBTOR MAINTAINS SEVERAL HOUSEHOLDS.  THE AMOUNTS LISTED IN SCHEDULE J REFLECTS ONLY THE EXPENSES FOR THE HOME LOCATED AT 5108 WEST CREEK COURT, SUFFOLK, VIRGINIA 23435.

SCHEDULE J WILL BE AMENDED TO REFLECT EXPENDITURES AT THE OTHER HOMES.

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### Eastern District of Virginia

In re **Michael D. Vick**                                  ,        Case No.  **08-50775 (FJS)**
                          Debtor

                                                          Chapter  **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 6,422,755.00 | | |
| B - Personal Property | YES | 6 | $ 3,592,133.87 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 13,216,649.10 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 915,965.36 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 4,583,196.85 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 277.69 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 12,225.00 |
| TOTAL | | 23 | $ 10,014,888.87 | $ 18,715,811.31 | |

B6A (Official Form 6A) (12/07)

In re:  **Michael D. Vick** _____    Case No.  **08-50775 (FJS)** _____
                                                                                        (If known)
                          Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **21 Haywagon Trail Hampton, VA 23669** | Fee Owner | | **$ 550,000.00** | **$7,671,905.15** |
| **2927 Darlington Road Duluth, GA 30097** | Fee Owner | | **$4,000,000.00** | **$9,348,733.42** |
| **3720 W. Carlas Hope Williamsburg, VA 23185** | Fee Owner | | **$ 482,755.00** | **$4,801,202.04** |
| **5108 W. Creek Court Suffolk, VA 23435** | Fee Owner | | **$1,390,000.00** | **$7,963,078.10** |
| | Total  ➤ | | **$6,422,755.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Michael D. Vick**                                                      ,        Case No.  **08-50775 (FJS)**
                                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Check payable to Michael Vick** | | **4,654.93** |
| Cash on hand | | **Check payable to Michael Vick** | | **12,774.36** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Associated Securities Corp. (Pershing) Acct. No. 6JB-605809** | | **0.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America CK 004671980443 - Personal** | | **0.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America CK 004684483777** | | **0.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Charles Schwab, Schwab One Account for MV7, LLC, Acct. No. 8091-7534** | | **541.96** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Charles Schwab, Schwab One Account of Michael Vick, Acct. No. 9077-6643** | | **183.08** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Charles Schwab, SEP-IRA of Michael Vick, Acct. No. 8098-4067** | | **96.63** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citigroup/Darlington Finance Account No. 373-53181-19 632** | | **0.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Old Point National CD** | | **0.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Michael D. Vick**                                                   Case No. **08-50775 (FJS)**
                        Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Old Point National CK 430498506** | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Old Point National CK 433868506** | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TowneBank CK** | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TowneBank CK 243017936** | | 4,111.73 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **United Republic CD** | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous furnishings in various homes. Some furniture in storage.** | | Unknown |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous furnishing, no art or antiques, some memorabilia (sports) at 2927 Darlington Road, Duluth, GA 30097. Upon information and belief, these items were boxed and removed by Mary Wong.** | | Unknown |
| 6. Wearing apparel. | | **clothing, etc.** | | Unknown |
| 7. Furs and jewelry. | | **Assorted jewelry** | | Unknown |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **American Banker Ins. Co. of FL - Flood Ins. Policy No. 2044626300 covering 5108 West Creek, Suffolk, VA 23435** | | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **American Banker Ins. Co. of FL - Flood Insurance Policy No. 1011155320 covering 21 Haywagon Trail, Hampton VA 23669** | | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Michael D. Vick**                                          Case No. **08-50775 (FJS)**
_____                            _____
                        Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | AXA Life Insurance Policy No. 155204351 | | 2,685.75 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Fireman's Fund Ins. Co. - Dwelling Fire Policy No. FZD 660 9167 covering 3720 W Carlas Hope Rd., Williamsburg, VA 23185 | | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Fireman's Fund Ins. Co. - Dwelling Fire Policy No. FZD 658 6942 covering 21 Haywagon Trail, Hampton, VA 23669 | | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Fireman's Fund Ins. Co. Homeowner Policy No. NZC 3475240 covering 5108 W. Creek, Suffolk, VA 23435 | | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | John Hancock Life Insurance Policy No. 7154243 | | 56,945.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lincoln Life Insurance Policy No. 4836167 | | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Pacific Life Life Insurance Policy No. VP6524760 | | 31,375.51 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Prestige Solutions/Fireman's Fund Ins. Co. of Ohio - Flood Insurance No. NON 02234036 covering 21 Haywagon Trail, Hampton, VA 23669 | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | | Jackson National Life I | | 0.00 |
| Annuities. Itemize and name each issuer. | | Jackson National Life I | | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | MV7 DBPP, Defined Benefit Plan, Charles Schwab Account No. 1021-4095 | | 386,764.92 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Airport MD Capital Contribution: $150,000 Ownership: 10% | | Unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Atlantic Wine & Package Camp Creek, LLC Capital Contribution: $350,000 Ownership: 41.25% | | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Michael D. Vick**                                      Case No. **08-50775 (FJS)**

Debtor                                                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Commonwealth Ventures** **Capital Contribution:  $100** **Ownership: 47.5%** | | Unknown |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **D & Q Ventures, Inc.** **Capital Contribution: $100** **Ownership: 47.5%** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Divine Seven, LLC dba PayLess Car Rental** **Ownership: 60%** | | Unknown |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Jani-King franchise** **Capital Investment: $40,000** **Ownership: 100%** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **MV7, LLC** **Ownership: 100%** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Seven Charms Farm dba Conyers Horse Farm** **Ownership: 60%** | | Unknown |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **The Tasting Room, Camp Creek, LLC** **Ownership:  Unknown** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Vicktory Corp.** **Ownership:  Unknown** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Williams Realty Fund I** **Capital investment: $65,000** **Ownership: 0.65%** | | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | **MDV Family Limited Partnership** **Ownership:** **Vicktory Corp. 2%** **Michael Vick Revocable Trust 96%** **Michael D. Vick 2002 Irrevocable Trust u/d/t 2/10/03** | | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Promissory Note in the amount of $1,000,000 dated 5/4/06 by Commonwealth Ventures, LLC in favor of Michael D. Vick, maturing on 4/20/11** | | Unknown |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Promissory Note in the amount of $1,000,000.00 dated 1/19/07 by Commonwealth Ventures, LLC in favor of Michael D. Vick, maturing on 1/19/12** | | Unknown |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Promissory Note in the amount of $150,000.00 dated 6/8/07 by Atlantic Wine & Packing / Camp Creek, LLC and the Tasting Room / Camp Creek, LLC in favor of Michael D. Vick, payable on demand** | | 150,000.00 |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Promissory Note in the amount of $177,000.00 dated 6/1/07 by Atlantic Wine & Packing / Camp Creek, LLC and the Tasting Room / Camp Creek, LLC in favor of Michael D. Vick, payable on demand** | | 177,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Michael D. Vick**
_____
Debtor

Case No. **08-50775 (FJS)**
_____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Promissory Note in the amount of $390,000.00 dated 2/26/07 by Commonwealth Ventures, LLC in favor of Michael D. Vick, maturing on 2/26/12** | | Unknown |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Promissory Note in the amount of $426,300.00 by Commonwealth Ventures, LLC in favor of Michael D. Vick, maturing on 11/14/11** | | Unknown |
| Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Promissory Note in the amount of $700,000.00 dated 1/18/07 by Commonwealth Ventures, LLC in favor of Michael D. Vick, maturing on 1/18/12** | | Unknown |
| 16. Accounts receivable. | | **Radtke Sports, LLC account, Merchandising Agreement, Over $500,000 owed to Debtor** | | 500,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Upon information and belief, the 2007 Georgia state tax credit was sent to Robert F. Craig at Mary Wong's request.** | | 175,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claim against AXA Life Insurance and/or Michael Smith, one of Debtor's former agents, resulting from excessive fees charged in connection with the investment in certain insurance policies.** | | 1,400,000.00 |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claims against former financial advisors including, but not limited, to Mary Wong, Williams & Bullock, Robert F. Craig, Lawrence Woodward, and David Talbot.** | | Unknown |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Setoff Claim against the IRS with respect to the 2006 IRS Tax Lien** | | 500,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Michael D. Vick** _____,      Case No. **08-50775 (FJS)** _____
                                Debtor                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Bentley Continental VIN SCBCR53W86C034726** | | **Unknown** |
| 26. Boats, motors, and accessories. | | **Boston Conquest Boat** | | **90,000.00** |
| Boats, motors, and accessories. | | **World Cat 230** | | **100,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____5_____   continuation sheets attached          Total  >     **$3,592,133.87**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re   Michael D. Vick _____     Case No.   08-50775 (FJS)
                        Debtor(s)

# SCHEDULE C — PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(2)

☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2006 Bentley Continental VIN SCBCR53W86C034726 | VA CODE §34-26(8) | 3,225 | Unknown |
| 5108 W. Creek Court Suffolk, VA 23436 | VA CODE §34-4, 34-13 VA CODE §64.1-151.3 | 21,275 | 21,275 |
| AXA Life Insurance Policy No. 155204351 | VA CODE §38.2-3118 | 2,685.75 | 2,685.75 |
| Charles Schwab, SEP.IRA of Michael Vick, Acct. NO. 8098-4067 | 11 U.S.C. §522(d)(12) | 96.63 | 96.63 |
| Clothing, etc. | VA CODE §34-26(4a) | Unknown | Unknown |
| John Hancock Life Insuarnce Policy No. 7154243 | VA CODE §38.2-3122 | Unknown | Unknown |
| Lincoln Life Insuarnce Policy NO. 4836167 | VA CODE §38.2-3122 | 0.00 | 0.00 |
| Miscellaneous furnishings in all homes except Governor's Pointe, Suffolk, Virginia, Some furniture in storage. | VA CODE §34-26(4a) | 10,225.00 | Unknown |
| MV7 DBPP, Defined Benefit Plan, Charles Schwab Account No. 121-4095 | 11 U.S.C. §522(d)(12) | 386,764.92 | 386,764.92 |
| Pacific Life, Life Insurance Policy No. VP6524760 | VA CODE. §38.2-3122 | 31,375.51 | 31,375.51 |
| Jewelry | VA CODE §34-26(2) VA CODE §55-165 | 1,350.00 | Unknown |

___0___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Michael D. Vick**                                    Case No.  **08-50775 (FJS)**
                                                                              (If known)
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**1st Source Bank**<br>**P.O Box 1602**<br>**South Bend, IN 46634-1602**<br>**Attn: Richard Rozenboom** | X | | **Judgment Lien on (i) 2105 W. Creek Court, Suffolk, VA on 5/5/08; (ii) 21 Haywagon Trail, Hampton, VA on 5/6/08; and (iii) 3720 W. Carlos Hope, Williamsburg, VA 23185 on 5/5/08**<br><br>**VALUE $0.00** | | | X | 461,486.00 | 461,486.00 |
| ACCOUNT NO. **2009**<br>**Bank of America, N.A.**<br>**475 CrossPoint Parkway**<br>**PO Box 9000**<br>**Getzville, NY 14068** | | | **Deed of Trust**<br>**5108 W. Creek Court**<br>**Suffolk, VA 23435**<br><br>**VALUE $1,390,000.00** | | | | 691,172.95 | 0.00 |
| ACCOUNT NO.<br>**Bank of America, N.A.**<br>**475 CrossPoint Parkway**<br>**PO Box 9000**<br>**Getzville, New York 14068** | | | **Deed of Trust**<br>**21 Haywagon Trail**<br>**Hampton, VA 23669**<br><br>**VALUE $550,000.00** | | | | 400,000.00 | 0.00 |
| ACCOUNT NO.<br>**Bank of America, N.A.**<br>**475 CrossPoint Parkway**<br>**PO Box 9000**<br>**Getzville, New York 14068** | | | **Deed of Trust**<br>**2927 Darlington Road**<br>**Duluth, GA 30097**<br><br>**VALUE $4,000,000.00** | | | | 2,850,000.00 | 0.00 |

<u>2</u>   continuation sheets
     attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  **4,402,658.95** | $  **461,486.00** |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Michael D. Vick** _____.    Case No.  **08-50775 (FJS)** _____
_____
Debtor                                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *5392 <br><br> Bank of America, N.A. <br> 475 CrossPoint Parkway <br> PO Box 9000 <br> Getzville, NY 14068 | | | Deed of Trust <br> 3720 W. Carlas Hope <br> Williamsburg, VA 23185 <br><br> VALUE $482,755.00 | | | | 355,571.09 | 0.00 |
| ACCOUNT NO. 8351847 <br><br> Internal Revenue Service <br> 400 North 8th Street, Box 76 <br> M/S Room 898 <br> Richmond, Virginia 23219 | | | 05/14/2008 <br> Federal Tax Lien against : (i) 2927 Darlington Run, Duluth, GA on 5/14/08; (ii) 5108 W. Creek Ct., Suffolk, VA 23435 on 5/15/08; and (iii) on 21 Haywagon Trail, Hampton VA on 5/4/08 and on other property of the Debtor. <br><br> VALUE $0.00 | | | X | 409,182.21 | 0.00 |
| ACCOUNT NO. <br><br> Joel Enterprises, Inc. <br> c/o Hunton & Williams LLP <br> 1751 Pinnacle Drive, Suite 1700 <br> McLean, VA 22102 <br> Attn:  Arthur E. Schmalz | | | Judgment Lien on (i) 21 Haywagon Trail, Hampton VA on 4/18/08; (ii) 2927 Darlington Run, Duluth, GA on 5/13/08; (iii) 3720 W. Carlos Hope, Williamsburg, VA on 4/22/08; and (iv) 5108 W. Creek Court, Suffold, VA on 4/18/08. <br><br> VALUE $0.00 | | | X | 4,505,057.10 | 4,505,057.10 |
| ACCOUNT NO. <br><br> Royal Bank of Canada <br> c/o Poyner & Spruill LLP <br> 3600 Glenwood Ave, PO Box 10096 <br> Raleigh, NC 27605 <br> Attn:  Lisa Patterson Sumner | | | Judgment Lien: (i) on 5108 W. Creek Ct, Suffolk, VA on 5/7/08; and (ii) 21 Haywagon Trail, Hampton, VA on 5/14/08. <br><br> VALUE $0.00 | | | X | 2,421,170.90 | 2,421,170.90 |

Sheet no. _1_ of _2_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  >
(Total of this page)

$  **7,690,981.30** | $ **6,926,228.00**

Total  >
(Use only on last page)

$ | $

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Michael D. Vick**                                                                                    Case No.   **08-50775 (FJS)**
                           Debtor                                                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 5,100.00 | 0.00 |
| **United State Attorney** **8000 World Trade Center** **101 West Main Street** **Norfolk, VA 23510** **Attn: Greg D. Stefan, Esq.** | | | Notice of Lien on 2927 Darlington Road, Duluth, GA 30097. ____ VALUE $0.00 | | | | | |
| ACCOUNT NO. | | | | | | X | 1,117,908.85 | 1,117,908.85 |
| **Wachovia Bank, National Association** **c/o Smith Gambrell & Russel** **1230 Peachtree Street, NE** **Suite 3100, Promenade II** **Atlanta, GA 30309** **Attn: Aaron Paul/Michael Tady** | | | Writ of Execution entered on 5/6/08. Alleged Judgment Lien on property including 2927 Darlington Road, Duluth, GA 30097. ____ VALUE $0.00 | | | | | |

Sheet no. _2_ of _2_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

$  **1,123,008.85** $  **1,117,908.85**

Total  ➢
(Use only on last page)

$ **13,216,649.10** $ **8,505,622.85**

(Report also on Summary of    (If applicable, report
Schedules)                              also on Statistical
                                               Summary of Certain
                                               Liabilities and
                                               Related Data.)

B6E (Official Form 6E) (12/07)

In re    **Michael D. Vick**                                                              Case No.    <u>08-50775 (FJS)</u>
                                    Debtor                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **Michael D. Vick**       Case No.   <u>08-50775 (FJS)</u>

Debtor            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Georgia Dept of Revenue**<br>**Compliance Division**<br>**Bankruptcy Section**<br>**PO Box 161108**<br>**Atlanta, GA 30321** | | | **1/1/07 - 12/1/07**<br>**Taxes** | | | X | 79,530.16 | 69,298.92 | 10,231.24 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**400 North 8th Street, Box 76**<br>**M/S Room 898**<br>**Richmond, VA 19114** | | | **Taxes**<br>**11/05/2007 (Assessment**<br>**Date)** | | | X | 836,435.20 | 836,435.20 | 0.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▷<br>(Totals of this page) | $   **915,965.36** | $   **905,734.12** | $   **10,231.24** |
| Total   ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $   **915,965.36** | | |
| Total   ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $   **905,734.12** | $   **10,231.24** |

B6F (Official Form 6F) (12/07)

In re   **Michael D. Vick** _____     Case No.  **08-50775 (FJS)** _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   2-0378-2317337 <br><br> **Allied Waste Services #800** <br> **75 Curtis Road** <br> **Lawrenceville, GA 30045** | | | **Services provided at 2927 Darlington Run, Duluth, GA 30097** | | | | **Unknown** |
| ACCOUNT NO.   **770 623 5750 757 1883** <br><br> **AT&T** <br> **PO Box 105503** <br> **Atlanta, GA 30348-5503** | | | **Services provided** | | | | **Unknown** |
| ACCOUNT NO. <br><br> **Atlanta Falcons** <br> **4400 Falcon Parkway** <br> **Flowery Branch, GA 30542** | | | **Pro Rated Signing Bonus** | | | X | **3,750,000.00** |
| ACCOUNT NO.   **8753120100551579** <br><br> **Charter Communications** <br> **PO Box 348** <br> **Suffolk, VA 23434-0000** | | | **Services provided at 5108 West Creek Court, Suffolk, VA 23435-3523** | | | | **Unknown** |
| ACCOUNT NO. <br><br> **Divine Seven, LLC** <br> **2527 Camp Creek Parkway** <br> **Atlanta, GA 30337** | | | | | | | **106,126.58** |

<u>5</u>   Continuation sheets attached

Subtotal  >  $   **3,856,126.58**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael D. Vick**                                    Case No. **08-50775 (FJS)**
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    907219 **Dodson Pest Control** PO Box 6286 Chesapeake, VA 23323 | | | Services provided at 5108 West Creek Court, Suffolk, VA 23435 | | | | Unknown |
| ACCOUNT NO.    2684322015 **Dominion Virginia Power** PO Box 26543 Richmond, VA 23290-0001 | | | Services provided at 21 Haywagon Trail, Hampton, VA 23669 | | | | Unknown |
| ACCOUNT NO.    3057524740 **Dominion Virginia Power** PO Box 26543 Richmond, VA 23290-0001 | | | Services provided to 5108 W. Creek Court, Suffolk, VA 23435 | | | | Unknown |
| ACCOUNT NO.    002018771-2040710 **Georgia Natural Gas** PO Box 723908 Atlanta, GA 31139-0908 | | | Services provided at 2927 Darlington Run, Duluth, GA 30097 | | | | Unknown |
| ACCOUNT NO.    20087398 **Gwinnett County Dept of Water Resources** 684 Winder Highway Lawrenceville, GA 30045-5012 | | | Services provided at 2927 Darlington Run, Duluth, GA 30097 | | | | Unknown |

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  > $                    0.00

Total  > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael D. Vick**                                         Case No. **08-50775 (FJS)**
                                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1928220006** <br><br> **Hampton Road Sanitation District** <br> **PO Box 1651** <br> **Norfolk, VA 23501-1651** | | | **Services provided at 21 Haywagon Trail, Hampton VA 23669** | | | | **Unknown** |
| ACCOUNT NO. **0529** <br><br> **HLB Gross Collin PC** <br> **Stephen R. Gross** <br> **2625 Cumberland Parkway, Suite 4000** <br> **Atlanta, GA 30339-3911** | | | **Services performed** | | | | **41,470.00** |
| ACCOUNT NO. **692683** <br><br> **Jackson EMC** <br> **PO Box 38** <br> **Jefferson, GA 30549-0038** | | | **Services provided at 2927 Darlington Run, Duluth, GA 30097** | | | | **Unknown** |
| ACCOUNT NO. **544384** <br><br> **James City County** <br> **Office of the Treasurer** <br> **PO Box 8701** <br> **Williamsburg, VA 23187-6705** | | | **Real estate taxes and storm water** | | | | **Unknown** |
| ACCOUNT NO. <br><br> **Medical bills** | | | **Maternity bill for complications from birth of London Vick, youngest daughter** | | | | **16,000.00** |

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ **57,470.00**

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael D. Vick**                                              Case No.  **08-50775 (FJS)**
_____                                    _____
                              **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5301521534** <br><br> **Nationwide Mutual Insurance Company** <br> **PO Box 96040** <br> **Charlotte, NC 28296-0040** <br><br><br> **Brent S. Lucas** <br> **Nationwide Agent** <br> **2153 Cunningham Drive** <br> **Hampton, VA 23666-2569** | | | **Services provided** | | | | **Unknown** |
| ACCOUNT NO.   **20000-004-0934** <br><br> **Newport News Waterworks** <br> **2400 Washington Avenue** <br> **Newport News, VA 23607** | | | **Services provided at 21 Haywagon Trail, Hampton, VA 23669** | | | | **Unknown** |
| ACCOUNT NO. <br><br> **Prince George Electric Cooperative** <br> **7103 General Mahone Highway** <br> **P O Box 168** <br> **Waverly, Virginia 23890-0168** | | | **Services provided at 1915 Moonlight Road** | | | | **Unknown** |
| ACCOUNT NO. <br><br> **Radtke Sports, Inc.** <br> **3346 Trickum Road** <br> **Suite 103** <br> **Woodstock, GA 30188** | | | **Breach of Contract** | | | X | **550,000.00** |

Sheet no.  3 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                550,000.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael D. Vick**                                                    Case No. __08-50775 (FJS)__
_____                                      _____
                              **Debtor**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0084349018-0 <br><br> Sprint <br> KSOPHT0101-Z4300 <br> 6391 Sprint Parkway <br> Overland Park KS 66251-4300 | | | Services provided | | | | Unknown |
| ACCOUNT NO.    5828418 <br><br> Summertime Pool LLC <br> 2166 Shad Road <br> Corolla, NC 27927 | | | Services provided at 5108 West Creek Court, Suffolk, VA 23703 | | | | Unknown |
| ACCOUNT NO.    567946863735 <br><br> The Old Point National Bank <br> PO Box 3392 <br> Hampton, VA 23663 | | | Loan | | | | Unknown |
| ACCOUNT NO.    389638002 <br><br> T-mobile <br> PO Box 660252 <br> Dallas, TX 75266-0252 | | | Services provided | | | | Unknown |
| ACCOUNT NO.    600-0058347-000 <br><br> US Bancorp Manifest Funding Services <br> Attn: Corporate Attorney <br> 1450 Channel Parkway <br> Marshall, MN 56258 | X | | Guaranty of Equipment Finance Agreement | | | | 119,600.27 |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ＞  $      119,600.27

Total  ＞  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael D. Vick**                                    Case No.  **08-50775 (FJS)**
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  092112732600001 <br><br> **Verizon Wireless** <br> **26935 Northwestern Highway** <br> **Suite 100** <br> **Southfield, MI 48033** | | | **Services provided** | | | | **Unknown** |
| ACCOUNT NO.  0285267790 <br><br> **Virginia Natural Gas Inc.** <br> **PO Box 4569** <br> **Location 6250** <br> **Atlanta, GA 30302-4569** | | | **Services provided at 21 Haywagon Trail, Hampton, VA 23669** | | | | **Unknown** |

Sheet no.  5 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $ | 0.00 |

Total  ➤  | $ | 4,583,196.85 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **Michael D. Vick**                                          Case No.  **08-50775 (FJS)**
                          **Debtor**                                                      (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Unknown** | |

B6H (Official Form 6H) (12/07)

In re: **Michael D. Vick**                                                          Case No.  **08-50775 (FJS)**
_____                                                  _____
                        **Debtor**                                                              (If known)

# SCHEDULE H - CODEBTORS

❏  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Divine Seven, LLC**<br>**1230 Peachtree St. NE**<br>**19th Floor**<br>**Atlanta, GA 30309** | **1st Source Bank**<br>**P.O Box 1602**<br>**South Bend, IN 46634-1602**<br>**Attn: Richard Rozenboom** |
| **Atlantic Wine & Package LLC**<br>**3560 Camp Creek Parkway**<br>**East Point, GA 30344** | **US Bancorp Manifest Funding Services**<br>**Attn: Corporate Attorney**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** |

B6I (Official Form 6I) (12/07)

In re __Michael D. Vick__                                    Case No. ___08-50775 (FJS)___
                    Debtor                                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) _____ | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 277.69 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) _____ | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 277.69 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 277.69 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 277.69 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
__NONE__

B6J (Official Form 6J) (12/07)

In re **Michael D. Vick**_____,    Case No. _____**08-50775 (FJS)**_____
                    Debtor                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,500.00 |
|    a. Are real estate taxes included?   Yes _____   No ✓ | | |
|    b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 700.00 |
|    b. Water and sewer | $ | 100.00 |
|    c. Telephone | $ | 300.00 |
|    d. Other | $ | |
|       Pest control (3-4 months) | $ | 400.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 400.00 |
| 4. Food | $ | 1,600.00 |
| 5. Clothing | $ | 500.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 1,800.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 800.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 550.00 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other **Medical Maternity Bill** | $ | 200.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 12,225.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ | 277.69 |
|    b. Average monthly expenses from Line 18 above | $ | 12,225.00 |
|    c. Monthly net income (a. minus b.) | $ | -11,947.31 |