UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In re:

Michael D. Vick,　　　　　　　　　　　　　　Case No. 08-50775-FJS
　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor.

ORDER

On April 3, 2009, the Court denied confirmation of the Second Amended Plan of Reorganization submitted by the Debtor, Michael D. Vick. In conjunction with denying confirmation, the Court scheduled a status hearing for April 28, 2009 at 11:00 A.M. in Norfolk, Virginia.

On April 6, 2009, counsel for the Debtor submitted a Motion for Submission of Proposed Findings of Fact and Conclusions of Law to United States District Court (the "Motion"). The Court reviewed the Motion in its entirety.

The April 28, 2009, hearing is a status hearing only. No evidence will be presented.

Accordingly, it is unnecessary for the Court to mandate the Debtor's personal appearance.

Therefore, the Court DENIES the Motion, in its entirety.

Upon entry, the Clerk shall forward copies to all counsel.

Norfolk, Virginia
April 7, 2009

/s/ Frank J. Santoro
FRANK J. SANTORO
U.S. BANKRUPTCY JUDGE

CC:    Peter R. Ginsberg, Esquire
Michael V. Blumenthal, Esquire
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2524
Counsel for Debtor

Paul K. Campsen, Esquire
Dennis T. Lewandowski, Esquire
Kaufman & Canoles, PC
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Counsel for Debtor

NOTICE OF JUDGMENT
Entered on docket
4-7-09

Ross C. Reeves, Esquire
John D. McIntyre, Esquire
Laura C. Pyle, Esquire
Wilcox & Savage, PC
One Commercial Place
Suite 1800
Norfolk, VA 23510
Counsel for Unsecured Creditors' Committee

Robert C. Coulter, Esquire
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Counsel for the United States

Debera F. Conlon, Esquire
Assistant U.S. Trustee
Kenneth N. Whitehurst, III, Esquire
Trial Attorney
Office of the United States Trustee
Federal Building, Room 625
200 Granby Street
Norfolk, VA 23510

Linda L. Najjoum, Esquire
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102
Counsel for Joel Enterprises, Inc.

Warren D. Harless, Esquire
Jennifer M. McLemore, Esquire
Christian & Barton, L.L.P.
909 East Main Street
Suite 1200
Richmond, VA 23219-3095
Counsel for Joel Enterprises, Inc.

- 4 -

Carl C. La Mondue, Esquire
La Mondue Law Firm, P.L.C.
500 East Plume Street, Suite 400
Norfolk, VA  23510
Counsel for Brenda Boddie

Michael P. Cotter, Esquire
Vandeventer Black LLP
500 World Trade Center
101 West Main Street, Suite 500
Norfolk, VA  23510-1699
Counsel for Kijafa Frink

John W. Tripp, Esquire
468 Investors Place, Suite 202
Virginia Beach, VA  23452
Counsel for C. J. Reamon

Donald K. Neely, Esquire
U.S. Department of Labor
Suite 630E The Curtis Center
170 W. Independence Mall West
Philadelphia, PA  19106-3306
Counsel for Dept. of Labor

Mark K. Ames, Esquire
Taxing Authority Consulting Services, P.C.
P.O. Box 71476
Richmond, VA  23225
Counsel for Virginia Department of Taxation