# EXHIBIT A

# IN UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| MICHAEL D. VICK, | ) | Case No. 08-50775 (FJS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATION OF BALLOT REPORT FOR THE DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

Paul K. Campsen, a member of Kaufman & Canoles, a professional corporation, certifies that the ballot report (the "Ballot Report") attached as **Schedule 1** accurately reflects the voting of creditors for all ballots received by August 20, 2009.[1] The chart below summarizes the Ballot Report.

| | ACCEPTING | | | REJECTING | | |
|---|---|---|---|---|---|---|
| CLASS | # | % | AMOUNT | # | % | AMOUNT |
| 1 | 4 | 100% | $4,594,761.70 | 0 | 0% | $0.00 |
| 2 | 1 | 100% | $602.00 | 0 | 0% | $0.00 |
| 3 | 7 | 99% | $16,794,483.48 | 2 | 1% | $132,443.22 |
| 4 | 1 | 100% | $148.54 | 0 | 0% | $0.00 |

---

[1] The City of Newport News, Virginia filed its Class 3 and Class 4 ballots on August 21, 2009. These were accepted by the Debtor.

Michael V. Blumenthal, Esq.
Steven B. Eichel, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
(212) 223-4000 – Telephone
(212) 223-4134 – Facsimile
*Counsel for Debtor*

Paul K. Campsen, Esq. (VSB No. 18133)
Dennis T. Lewandowski (VSB No. 22232)
Kaufman & Canoles, a professional corporation
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000 – Telephone
(757) 624-3169 – Facsimile
*Counsel for Debtor*

Date: August 25, 2009  MICHAEL D. VICK

By:    /s/Paul K. Campsen
        Of Counsel

Michael V. Blumenthal, Esq.
Steven B. Eichel, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
(212) 223-4000 – Telephone
(212) 223-4134 – Facsimile

and

Paul K. Campsen, Esq. (VSB No. 18133)
Dennis T. Lewandowski, Esq. (VSB No. 22232)
Kaufman & Canoles, a professional corporation
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000 – Telephone
(757) 624-3169 – Facsimile
*Counsel for Debtor*

::ODMA\PCDOCS\DOCSNFK\1520960\1

# SCHEDULE 1

# BALLOT REPORT

## CLASS 1

| Name | Voting Amount | Class |
|---|---|---|
| Bank of America, N.A. | FOR: $709,702.34 | 1(b) |
| Bank of America, N.A. | FOR: $427,649.28 | 1(d) |
| Bank of America, N.A. | FOR: $3,072,359.01 | 1(a) |
| Bank of America, N.A. | FOR: $385,051.07 | 1(c) |
| **TOTAL:** | **For: $4,594,761.70** | |

## CLASS 2

| Name | Voting Amount | Class |
|---|---|---|
| Harbour View Owner's Association, Inc. | FOR: $602.00 | 2 |
| **TOTAL:** | **For: $602.00** | |

## CLASS 3

| Name | Voting Amount | Class |
|---|---|---|
| 1st Source Bank | FOR: $463,808.76 | 3 |
| American Express Centurion Bank | AGAINST: $13,021.18 | 3 |
| Atlanta Falcons | FOR: $7,500,000.00 | 3 |
| City of Newport News | FOR: $273.26 | 3 |
| Joel Enterprises Inc. | FOR: $4,602,064.20 | 3 |
| Old Point National Bank | AGAINST: $119,722.04 | 3 |
| Radtke Sports, Inc. | FOR: $550,000.00 | 3 |

| Name | Voting Amount | Class |
|---|---|---|
| Royal Bank of Canada | FOR: $2,557,153.85 | 3 |
| Wachovia Bank, N.A. | FOR: $1,121,183.41 | 3 |
| **TOTAL:** | **FOR: $16,794,483.48 REJECT: $132,743.22 =$16,927,226.70** | |

## CLASS 4

| Name | Voting Amount | Class |
|---|---|---|
| **City of Newport News, Virginia** | FOR: $148.54 | 4 |
| **TOTAL:** | **FOR: $148.54** | |