# MEMORANDUM

---

**DATE:**

**TO:**    ATTORNEY FOR DEBTOR [OR PRO SE DEBTOR]

**FROM:**    CLERK, UNITED STATES BANKRUPTCY COURT

**IN RE:**

   **CASE NO.**

**The Order Confirming Plan and the Chapter 11 Closing Procedures for the Eastern District of Virginia outlines the steps to be followed in Chapter 11 cases in which substantial consummation has been completed.  Procedures may be found on the court's web site at www.vaeb.uscourts.gov.**

**The Office of the United States Trustee will ensure compliance with these procedures and monitor the filing of the final report.  Therefore, any questions you might have should be directed to that office.**

**pc:**    Assistant United States Trustee