UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| IN RE:  Michael D. Vick  ) | CASE NUMBER 08-50775-FJS | |
| ) | | |
| ) | Judge: Hon. Frank J. Santoro | |
| ) | | |
| Debtor  ) | Chapter 11 | |

Consolidated Liquidating Trustee and Plan Agent
Post Confirmation Quarterly Operating Report
For the Period
April 1, 2011 - June 30, 2011

*IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING QUARTERLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.*

RESPONSIBLE PARTY:

_____        _7/12/11_
Joseph J. Luzinski, Liquidating Trustee        DATE

**Liquidating Trustee Address**
Development Specialists, Inc.
200 S. Biscayne Boulevard, Suite 1818
Miami, Florida 33131
Phone (305) 374-2717

**Counsel Address**
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Phone (757) 628-5500

| CASE NAME: MICHAEL D. VICK | | | | CASH BASIS-1 |
|---|---|---|---|---|
| CASE NUMBER: 08-50775-FJS | | | | |

QUARTER ENDED 6-30-11

| CASH RECEIPTS AND DISBURSEMENTS | LIQUIDATING TRUSTEE | PLAN TRUSTEE | | QUARTER TOTAL |
|---|---|---|---|---|
| 1. CASH - BEGINNING | $ 1,384,269 | $ 21,780 | | $ 1,406,048 |
| **RECEIPTS** | | | | |
| 2. VICK PLAN PAYMENTS | $ 434,147 | | | $ 434,147 |
| 3. PROPERTY SALES | 821,901 | 30,000 | | 851,901 |
| 4. NOTE COLLECTION | | | | - |
| 5. OTHER RECEIPTS | | | | - |
| 6. INTEREST ACCRUED | 8,218 | 37 | | 8,255 |
| 7. CAUSES OF ACTION | 681,250 | - | | 681,250 |
| 8. XXXX | - | - | | - |
| 9. TOTAL RECEIPTS | $ 1,945,516 | $ 30,037 | | $ 1,975,553 |
| **OPERATING DISBURSEMENTS** | | | | |
| 10. PROPERTY INSURANCE | $ - | $ - | | $ - |
| 11. PROPERTY TAXES | 775 | - | | 775 |
| 12. PROPERTY MAINTENANCE | - | - | | - |
| 13. HORSES | - | 2,180 | | 2,180 |
| 14. COURT REPORTER | - | - | | - |
| 15. ARBITRATION FEE | 1,418 | - | | 1,418 |
| 16. XXXX | - | - | | - |
| 17. XXXX | - | - | | - |
| 18. XXXX | - | - | | - |
| 19. XXXX | - | - | | - |
| 20. XXXX | - | - | | - |
| 21. TOTAL ORDINARY DISBURSEMENTS | 2,193 | 2,180 | | 4,372 |
| **REORGANIZATION EXPENSES** | | | | |
| 22. PROFESSIONAL FEES | 238,837 | - | | 238,837 |
| 23. U.S. TRUSTEE FEES | - | - | | - |
| 24. OTHER (ATTACH LIST) | - | - | | - |
| 25. TOTAL REORGANIZATION EXPENSES | 238,837 | - | | 238,837 |
| 26. CASH - BEFORE CLAIM PYMTS | $ 3,088,754 | $ 49,637 | | $ 3,138,391 |
| **CLAIM PAYMENTS** | | | | |
| 27. Secured Claim Payments | 225,095 | - | | 225,095 |
| 28. Priority Claim Payments | 76,734 | - | | 76,734 |
| 29. General Unsecured Claim Payments | - | - | | - |
| 30. TOTAL CLAIM PAYMENTS | $ 301,829 | $ - | | $ 301,829 |
| 31. CASH - ENDING | $ 2,786,925 | $ 49,637 | | $ 2,836,562 |

**CASE NAME: MICHAEL D. VICK**
**CASE NUMBER: 08-50775-FJS**

**CASH RECEIPTS AND DISBURSEMENTS DETAIL**

**QUARTER ENDED 6-30-11**

| BANK ACCOUNT RECEIPTS | | | | |
|---|---|---|---|---|
| CHECK NUMBER | DATE | PAYOR | PURPOSE | AMOUNT |
| | 04/26/11 | Michael D. Vick | Vick Plan Payments | 434,147 |
| | 03/24/11 | Kelly Eggers | Horse Sale - Insomnio | 30,000 |
| | 04/05/11 | Tanya Viola | Sale of Governor's Pointe | 821,901 |
| | 04/12/11 | Confidential Payor | Confidential Professional Settlement | 681,250 |
| | 03/31/11 | Sabadell United Bank | Interest - Plan | 6 |
| | 03/31/11 | Sabadell United Bank | Interest - Trust | 1,178 |
| | 04/29/11 | Sabadell United Bank | Interest - Plan | 10 |
| | 04/29/11 | Sabadell United Bank | Interest - Trust | 2,016 |
| | 05/31/11 | Sabadell United Bank | Interest - Trust | 2,740 |
| | 05/31/11 | Sabadell United Bank | Interest - Plan | 11 |
| | 06/30/11 | Sabadell United Bank | Interest - Plan | 10 |
| | 06/30/11 | Sabadell United Bank | Interest - Trust | 2,284 |
| | **TOTAL BANK ACCOUNT RECEIPTS** | | | **1,975,553** |

| BANK ACCOUNT DISBURSEMENTS | | | | |
|---|---|---|---|---|
| CHECK NUMBER | DATE | PAYOR | PURPOSE | AMOUNT |
| 1053 | 04/01/11 | Randolph A. Mayer P. C. | Prof fees - Mediation | 1,418 |
| 1054 | 04/19/11 | Void | Void | 0 |
| 1055 | 04/19/11 | Void | Void | 0 |
| 1056 | 04/20/11 | Julio E. Perez | Horses - Sales Commission | 2,180 |
| 1057 | 04/20/11 | Void | Void | 0 |
| 1058 | 04/20/11 | City of Suffolk, Ronald H. William | Property taxes - Governor's Pointe | 775 |
| 1059 | 04/29/11 | Office of the U. S. Attorney | Secured Claim | 225,095 |
| 1060 | 05/10/11 | Department of Revenue | Priority Claim #1 | 37,296 |
| 1061 | 05/10/11 | Virginia Department of Taxation | Void | 0 |
| 1062 | 05/23/11 | Virginia Department of Taxation | Priority Claim #18 | 39,438 |
| 1063 | 05/27/11 | Willcox & Savage, P. C. | Prof fees / Confi Prof Settlement | 238,837 |
| | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | | **545,039** |

**CASE NAME: MICHAEL D. VICK**    CASH BASIS-2
**CASE NUMBER: 08-50775-FJS**

QUARTER ENDED 6-30-11

| | Status of Unsecured Claims | Claim # | Resolved Claims | Unresolved Claims | | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1st Source Bank | 7 | $ 461,486 | | | $ 461,486 |
| 2 | Aliiant CPA Group LLC | 11 | $ 608 | | | $ 608 |
| 3 | Allied Waste Services #800 | | $ 85 | | | $ 85 |
| 4 | American Express Centurion Bank | 16 | $ 13,031 | | | $ 13,031 |
| 5 | Argo Partners (from Robert F. Craig, P. C.) | 22 | $ 49,040 | | | $ 49,040 |
| 6 | AT & T | | $ 496 | | | $ 496 |
| 7 | Atlanta Gas Light (Virginia Natural Gas) | 10 | $ 294 | | | $ 294 |
| 8 | Bank of America, N. A. (Carlas Hope) | 8 | $ - | $ 355,571 | | $ 355,571 |
| 9 | Bank of America, N. A. (Darlington Road) | 4 | $ - | | | $ - |
| 10 | Bank of America, N. A. (Haywagon Trail) | 5 | $ - | | | $ - |
| 11 | Bank of America, N. A. (West Creek) | 9 | $ - | | | $ - |
| 12 | BMW Finacial Services | 39 | $ - | $ 505 | | $ 505 |
| 13 | City of Newport News, Virginia | 15 | $ 149 | | | $ 149 |
| 14 | Commonwealth of Virginia Dept. of Taxation | 18 | $ 14,449 | | | $ 14,449 |
| 15 | Dodson Pest Control | | $ 950 | | | $ 950 |
| 16 | Dominion Virginia Power | | $ 663 | | | $ 663 |
| 17 | Dominion Virginia Power | | $ 456 | | | $ 456 |
| 18 | FCO MA II UB Securities LLC (from 802 Icon Inc | 38 | $ 875,000 | | | $ 875,000 |
| 19 | Fortress Investment Grp (from Atlanta Falcons) | 23 | $ 6,500,000 | | | $ 6,500,000 |
| 20 | Georgia Natural Gas | | $ 2,364 | | | $ 2,364 |
| 21 | Gwinnett County Dept of Water Resources | | $ 432 | | | $ 432 |
| 22 | Hampton Roads Sanitation District | | $ 79 | | | $ 79 |
| 23 | HLB Gross Collins, PC | 6 | $ 41,470 | | | $ 41,470 |
| 24 | Jackson EMC | | $ 556 | | | $ 556 |
| 25 | Joel Enterprises, Inc. | 21 | $ 6,000,000 | | | $ 6,000,000 |
| 26 | LVNV Funding LLC | 19 | $ 170 | | | $ 170 |
| 27 | Matthew Stephen McCormack | | $ 1 | | | $ 1 |
| 28 | Monticello Woods Homeowners Association | 13 | $ 1,068 | | | $ 1,068 |
| 29 | Nationwide Mutual Insurance Company | | $ 1,170 | | | $ 1,170 |
| 30 | Prince George Electric Cooperative | | $ 257 | | | $ 257 |
| 31 | Radtke Sports, Inc. | 28 | $ 250,000 | | | $ 250,000 |
| 32 | Royal Bank of Canada | 17 | $ 2,557,154 | | | $ 2,557,154 |
| 33 | Sitrick and Company | 12 | $ 111,317 | | | $ 111,317 |
| 34 | Sprint | 20 | $ 6,137 | | | $ 6,137 |
| 35 | Summertime Pool LLC | | $ 1,374 | | | $ 1,374 |
| 36 | Surry County Treasurer | 36 | $ - | | | $ - |
| 37 | The Old Point National Bank | 32 | $ 35,699 | | | $ 35,699 |
| 38 | The Old Point National Bank | 33 | $ 3,636 | | | $ 3,636 |
| 39 | The Old Point National Bank | 34 | $ 31,527 | | | $ 31,527 |
| 40 | Tinsley Bacon Tinsley, LLC | 27 | $ 5,111 | | | $ 5,111 |
| 41 | T-Mobile | | $ 110 | | | $ 110 |
| 42 | U. S. Department of labor, EBSA | 29 | $ 416,461 | | | $ 416,461 |
| 43 | US Bancorp Manifest Funding Services | 2 | $ 116,600 | | | $ 116,600 |
| 44 | Verizon Wireless | 30 | $ 475 | | | $ 475 |
| 45 | Wachovia Bank, NA | 14 | $ 1,121,183 | | | $ 1,121,183 |
| | Total | | $ 18,621,056 | $ 356,076 | | $ 18,977,132 |

* Claim subject to reduction based the amount of proceeds collected by Bank of America from the sale of the property.

| CASE NAME: MICHAEL D. VICK | | | | | CASH BASIS-3 | |
|---|---|---|---|---|---|---|
| CASE NUMBER: 08-50775-FJS | | | | | | |

**QUARTER ENDED 6-30-11**

| **Status of Unpaid Priority Claims** | Claim # | **Resolved Claims** | **Unresolved Claims** | | **TOTAL** | |
|---|---|---|---|---|---|---|
| 1  Internal Revenue Service | 3 | $ 94,133 | | | $ 94,133 | * |
| 2  Surry County Treasurer | 37 | | $ 23,769 | | $ 23,769 | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| Total | | $ 94,133 | $ 23,769 | | $ 117,902 | |

| **Priority and Secured Claims Paid by Trustee To Date** | Claim # | | | | **TOTAL** |
|---|---|---|---|---|---|
| 1  Internal Revenue Service | 3 | | | | $ 225,095 |
| 2  Department of Revenue | 1 | | | | $ 37,296 |
| 3  Virginia Department of Taxation | 18 | | | | $ 39,438 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| Total | | | | | $ 301,829 |

\*   Amount subject to further adjustment and payment from the proceeds on the sale of Governor's Pointe.

**CASE NAME: MICHAEL D. VICK**
**CASE NUMBER: 08-50775-FJS**

CASH BASIS-4

**QUARTER ENDED 6-30-11**

| List of Trust / Plan Assets Requiring Further Administration | Estimated FMV |
|---|---|
| 1. Debtor's Future Income | Unknown |
| 2  Causes of Action - Aydin & Co. | $ 20,000 |
| 3  7 Charms Farm | Unknown |
| 4  Other (Interest, etc.) | Unknown |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| Total | Unknown |